THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL PAIERI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST; THE BOARD OF TRUSTEES OF THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST,<br><br>Defendants. | Case No. 2:23-cv-00922-LK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION REGARDING BRIEFING ON MOTION FOR CLASS CERTIFICATION AND MOTION TO EXCLUDE PLAINTIFFS' EXPERT'S OPINIONS**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 21, 2025** |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE AS STATED THEREIN, **IT IS HEREBY ORDERED**:

1. Defendants shall have an opportunity to file an amended opposition to the Motion for Class Certification (Dkt. 119 – Plaintiffs' Motion; Dkt. 125 – Defendants' Opposition) by March 26, 2025 with a word limit of up to 10,000 words, consistent with the Court's February 18, 2025 Minute Order (Dkt. 124).

2. Defendants shall have an opportunity to file an amended Motion to Exclude Plaintiffs' Expert (Dkt 128) by March 26, 2025, and that amended Motion to Exclude shall specify a May 9, 2025 noting date.

ORDER ON STIPULATION AND JOINT MOTION
RE: BRIEFING ON MOTION FOR CLASS CERTIFICATION &
MOTION TO EXCLUDE PLAINTIFFS' EXPERT'S OPINIONS
(Case No. 2:23-cv-00922-LK) Pg. 1

**TRUCKER HUSS, APC**
135 Main Street, 9th Floor
San Francisco, CA 94105
Tel. (415) 788-3111

3. The new noting date for the Motion for Class Certification (Dkt. 119) shall be May 9, 2025.

4. Plaintiffs shall file their reply on the Motion for Class Certification on April 18, 2025 and shall have a word limit of 1,600 words over the limit specified in Local Civil Rule 7(f)(4), consistent with the Court's February 18, 2025 Minute Order (Dkt. 124).

5. Plaintiffs shall file their opposition to Defendants' anticipated March 26, 2025 amended Motion to Exclude Plaintiffs' Expert on April 18, 2025.

6. Defendants shall file their reply for Defendants' anticipated March 26, 2025 amended Motion to Exclude Plaintiffs' Expert on May 9, 2025.

7. Defendants shall not object to the Notice of Errata nor to the filing and consideration of Plaintiffs' Corrected Class 1 definition.

Dated this 24th day of February, 2025

*Lauren King*

Hon. Lauren King
United States District Judge

ORDER ON STIPULATION AND JOINT MOTION
RE: BRIEFING ON MOTION FOR CLASS CERTIFICATION &
MOTION TO EXCLUDE PLAINTIFFS' EXPERT'S OPINIONS
(Case No. 2:23-cv-00922-LK) Pg. 2

**TRUCKER HUSS, APC**
135 Main Street, 9th Floor
San Francisco, CA 94105
Tel. (415) 788-3111