UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL PAIERI,<br><br>      Plaintiff,<br>  v.<br><br>WESTERN CONFERENCE OF<br>TEAMSTERS PENSION TRUST et al.,<br><br>      Defendants. | CASE NO. 2:23-cv-00922-LK<br><br>ORDER MODIFYING CASE SCHEDULE |

  This matter comes before the Court on the parties' Stipulation and Joint Motion to Modify Scheduling Order. Dkt. No. 145. The parties report "that they have been engaging in discussions regarding proceedings to be held after the Court issues a ruling on the pending motion for class certification and motions related to experts and . . . agree that more time than is set forth under the current schedule, [Dkt. No. 106], may be needed following the rulings on the pending motion[s] . . . to analyze the Court's rulings, to confer with their experts and to issue subsequent expert reports and disclosures on liability." *Id.* at 1–2.

  Finding good cause, the Court modifies the case schedule as follows:

ORDER MODIFYING CASE SCHEDULE - 1

| Event | Date |
|---|---|
| Bench Trial | To be set later |
| Disclosure of expert testimony relating to liability under FRCP 26(a)(2) due | 60 days following ruling on class certification |
| Disclosure of rebuttal expert testimony relating to liability under FRCP 26(a)(2) due | 120 days following ruling on class certification |
| All motions related to liability discovery must be filed by | 120 days following ruling on class certification |
| Discovery on liability issues completed by | 150 days following ruling on class certification |
| Deadline for filing dispositive motions on liability in accordance with Local Civil Rule 7 | 210 days following ruling on class certification |
| Deadline for parties to meet and confer and propose a case schedule for further proceedings for damages phase and possible remaining liability phase and potential trial, if necessary | 21 days following ruling on class certification |

Dated this 30th day of September, 2025.

Lauren King
United States District Judge

ORDER MODIFYING CASE SCHEDULE - 2