UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL PAIERI et al.,<br><br>Plaintiffs,<br>v.<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST et al.,<br><br>Defendants. | CASE NO. 2:23-cv-00922-LK<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING |

This matter comes before the Court on Plaintiffs Michael Paieri and Stanley Sawyer's Motion for Leave to File Supplemental Briefing in connection with their motion for class certification. Dkt. No. 156. Defendants Western Conference of Teamster Pension Trust, Board of Trustees of the Western Conference of Teamsters Pension Trust, Western Conference of Teamsters Pension Trust Fund, and Board of Trustees of the Western Conference of Teamsters Pension Trust Fund oppose the motion. Dkt. No. 158. For the reasons stated herein, the Court grants the motion.

Plaintiffs filed a Praecipe and Corrected Motion for Class Certification on February 21, 2025. Dkt. No. 132-1. Since then, the parties have filed ten notices of supplemental authority in

connection with Plaintiffs' motion for class certification. *See* Dkt. Nos. 136, 143, 144, 149, 150, 151, 152, 153, 154, 155. Plaintiffs propose that, given the "rapidly evolving area of law" involved in this case, the parties should "file short, simultaneous briefs to enable the Court to consider the certification motion on a complete and current record including additional authorities." Dkt. No. 156 at 2. Defendants oppose the filing of any supplemental briefing because of their concern that Plaintiffs seek to include new arguments uncovered in discovery that took place after they filed their class certification motion. Dkt. No. 158 at 8–11. In reply, Plaintiffs clarify that they do not seek to address any newly-discovered arguments from discovery occurring post-motion for class certification. Dkt. No. 160 at 2.

Having reviewed the record, the Court finds that supplemental briefing—limited to addressing new legal authority that has been issued since the close of the parties' class certification briefing—would be beneficial in this case. Accordingly, the Court GRANTS Plaintiffs' Motion for Leave to File Supplemental Briefing. Dkt. No. 156. By October 21, 2026 Plaintiffs may file a supplemental brief of no more than 2,100 words addressing the intervening legal authorities in connection with Plaintiffs' pending motion for class certification. Defendants may file a supplemental brief of no more than 2,100 words addressing the same issues by October 28, 2026.

Dated this 30th day of September, 2026.

Lauren King
United States District Judge